UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: MATTHEW ALLEN, Debtor, ) | |
| ) | |
| ) | District Court Case No. |
| MARILYN WILSON, ) | 1:13-cv-01907-TWP-MJD |
| ) | |
| Appellant, ) | Bankruptcy Court Cause No. |
| ) | 12-08392 |
| vs. ) | |
| ) | Adversary Proceeding No. |
| MATTHEW ALLEN, ) | 12-50311 |
| ) | |
| Appellee. ) | |
| ) | |

## JUDGMENT ON BANKRUPTCY APPEAL

Having this day denied Appellant's appeal, the Court enters final judgment against Appellant, Marilyn Wilson and in favor of Appellee, Matthew Allen. Appellant's appeal is **DISMISSED** with prejudice.

SO ORDERED.

Dated: 9/15/2014

Hon. Tanya Walton Pratt, Judge
United States District Court
Laura Briggs, Clerk         Southern District of Indiana
United States District Court

By: Deputy Clerk

Distribution:

MARILYN WILSON
2894 E. 100 South
Anderson, IN 46017

MATTHEW ALLEN
1240 W. 60th Street
Anderson, IN 46013